UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DONALD THOMAS PATTERSON,

        Petitioner,         Case No. 07-14211
                                         HON. JOHN CORBETT O'MEARA

v.

DEBRA SCUTT,

        Respondent,

_____/

## ORDER ADOPTING
## REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation filed on November 20, 2009, by Magistrate Judge Paul J. Komives, as well as any objections thereto filed by the parties, and being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is accepted and adopted as the findings and conclusions of this Court.

IT IS FURTHER ORDERED that Petitioner's application for writ of habeas corpus is DENIED.

IT IS FURTHER ORDERED that pursuant to the findings of the Report and Recommendation, the Court will DENY a certificate of appealability.

                                                s/John Corbett O'Meara
                                                United States District Judge

Date: December 30, 2009

<u>Certificate of Service</u>

  I hereby certify that the foregoing order was served upon the parties of record on December 30, 2009, electronically and/or by U.S. mail.

                <u>s/William Barkholz</u>
                Case Manager